UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of<br>DIAMOND FAMILY FOUNDATION,<br><br>For an Order to Conduct Discovery for<br><br>Use in Foreign Proceedings | Case No. 20 Misc._____ |

## CORPORATE DISCLOSURE STATEMENT

Applicant DIAMOND FAMILY FOUNDATION ("Applicant"), by and through undersigned counsel, files this corporate disclosure statement.

Applicant states that there are no publicly held companies owning 10% or more of Applicant, which is a private company organized and existing under the laws of Panama.

August 20, 2020

Respectfully submitted,
/s/_____
Thomas Vandenabeele
KELLNER HERLIHY GETTY & FRIEDMAN LLP
*Attorneys for Applicant, Diamond Family Foundation*
470 Park Avenue South – 7th Floor
New York, NY 10016-6819
Telephone: 212-889-2121
Email: tv@khgflaw.com

    and

SEQUOR LAW, P.A.
1111 Brickell Ave., Ste. 1250
Miami, Florida 33131
(305) 372-8282
(305) 372-8202 (fax)
Edward H. Davis, Jr.
Florida Bar No. 704539
Cristina Vicens Beard
Florida Bar No. 111357

*Counsel for the Applicant, Diamond Family Foundation*