UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

*IN RE* APPLICATION OF

DIAMOND FAMILY FOUNDATION,

                Petitioner.

20-MC-291 (SHS)
ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court having considered the motion to intervene submitted by Pancheron Global Limited, the Rough Family Foundation, and Rajesh Mehta dated March 23, 2021, (ECF No. 8), and applicant Diamond Family Foundation's response letter dated March 24, 2021 (ECF No. 9), IT IS HEREBY ORDERED that the motion to intervene is granted pursuant to Federal Rule of Civil Procedure 24(b). *See In re Hornbeam Corp.*, No. 14-MC-424, 2015 WL 13647606, at *2-3 (S.D.N.Y. Sept. 17, 2015).

    The Court will hold a teleconference in this matter on April 5, 2021 at 2:30 PM to address the Intervenors' objections to the subpoena issued by this Court on December 23, 2020 pursuant to 28 U.S.C. § 1782. (Order, ECF No. 6.) All participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. The parties shall call 888-273-3658 and use access code 7004275 to access the teleconference.

Dated: New York, New York
          March 24, 2020

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.