KELLNER HERLIHY GETTY & FRIEDMAN, LLP
470 PARK AVENUE SOUTH, 7th FLOOR
NEW YORK, NEW YORK 10016

DOUGLAS A. KELLNER
CAROL ANNE HERLIHY
EUGENE F. GETTY
ALAN M. FRIEDMAN
JEANNE-MARIE WILLIAMS
THOMAS VANDENABEELE

CHARLES E. KRAUSCHE II
OLGA V. PETROVSKY
STEPHANIE S. LIM
BÉRÉNICE Le DIASCORN
MERIELEN DAL RI ZIVIANI*
DERRICK M. NG

TELEPHONE: (212) 889-2121
FACSIMILE: (212) 684-6224
iv@khgflaw.com

COUNSEL
MICHAEL H. SINGER
ROBERT P. MCGREEVY

* ADMITTED IN BRAZIL

April 9, 2021

*Via ECF*
Hon. Sidney H. Stein
United States District Judge
500 Pearl Street, Room 23A
New York, New York 10007

**MEMO ENDORSED**

In Re: Diamond Family Foundation 20-mc-291 (SHS)

Dear Judge Stein:

We write jointly on behalf of Applicant Diamond Family Foundation, and Intervenors Pancheron Global Limited, the Rough Family Foundation and Rajesh Mehta.

At the hearing held on April 5, 2021, this Court directed the parties to submit a proposed joint protective order by Friday April 9, 2021.

While the parties have exchanged drafts of the protective order, and have conferred multiple times since the hearing, the parties need additional time to obtain further input from their respective clients and foreign counsel, all of whom are overseas. Accordingly, the parties are respectfully seeking an extension to Tuesday April 13, 2021 to submit a proposed protective order for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| **KELLNER HERLIHY GETTY & FRIEDMAN, LLP** | **WUERSCH & GERING** |
| By: _____<br>Thomas Vandenabeele<br>470 Park Avenue South, 7th Floor<br>New York, New York 10016 | By: _____/s/_____<br>V. David Rivkin<br>100 Wall Street, 10th Floor<br>New York, New York 10005 |
| *Attorneys for Applicant* | *Attorneys for Intervenors* |

Copy to:
All Counsel of Record (via CM/ECF)
Cristina Vicens Beard (via e-mail cvicens@sequorlaw.com)
Edward H. Davis, Jr. (via e-mail edavis@sequorlaw.com)

**Request granted.**

Dated:  New York, New York
        April 9, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.