UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re Application of                                :        20-mc-291 (SHS)

DIAMOND FAMILY FOUNDATION,       :        ORDER

For an Order to Conduct Discovery for Use in   :
Foreign Proceedings.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    There having been no activity in this action since April 14, 2021, and counsel for plaintiff stating he has no reason to oppose the closing of this action,

    IT IS HEREBY ORDERED that the Clerk of Court is directed to close this action.

Dated: New York, New York
       August 22, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.